# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHARLES MARCUM,

               Plaintiff,

-vs-                                     Case No.  6:04-cv-1661-Orl-28JGG

COVERT CONSULTANTS, INC.,

               Defendant.

## ORDER

This case is before the Court on Motion for Entry of Judgment (Doc. No. 40) filed May 5, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 1, 2006 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Entry of Judgment as to Count I (Doc. No. 40) is **GRANTED.**

After entry of the consent judgment, the Clerk of Court is directed to close this file.


**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of June, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MARCUM,

     Plaintiff,

    v.

COVERT CONSULTANTS, INC. and
ALAN M. SPRING,

     Defendant.

Case No. 6:04-cv-1661-orl-28JGG

### CONSENT JUDGMENT

By consent of the parties affected, as evidenced by the signatures of the parties and/or their representatives below, judgment is hereby entered in favor of Plaintiff Charles Marcum and against Defendant Covert Consultants, Inc., with respect to the Fair Labor Standards Act claim, in the amount of $182,707.00, which amount includes attorneys' fees and costs.

It is so ORDERED this ___ day of _____, 2006.

Honorable John Antoon, II

CONSENTED TO BY:

COVERT CONSULTANTS, INC.

By: _____
Joseph C. Shoemaker
Florida Bar No. 0319790
BOGIN, MUNNS & MUNNS
1300 Citizens Blvd., Suite 160
Leesburg, FL 34748
Telephone: (352)728-3773
Facsimile: (352)728-5488
Attorneys for Plaintiff
Orlando:99538.1

By: _____
Alan M. Spring, President
910 Elm Avenue
Sanford, FL 32771
Telephone: (407)322-0068

**Exhibit A**